

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

### Notice of Judgment and Disposition

June 16, 2025

Docket Number: 2025 - KW - 0303

State Of Louisiana
    versus
Brandon Fisher

TO:  Brandon Fisher
Rayburn Correctional Center
27268 Hwy. 21 N.
Angie, La 70426

Hillar C. Moore III
EBR District Attorney
222 St. Louis Street
5th Floor
Baton Rouge, LA 70802
lori.olinde@ebrda.org

Hon. Tarvald Anthony Smith
300 North Boulevard
Suite 9101
Baton Rouge, LA 70801
VIA EMAIL

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRANDON M. FISHER

NO. 2025 KW 0303

**JUNE 16, 2025**

---

In Re:   Brandon M. Fisher, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         11-11-0626.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the Uniform Application for Postconviction Relief and supporting memorandum, the Commissioner's Report, the State's response, if any, the relevant portions of the trial transcript, the bill of information, the pertinent district court minutes, or any other documentation that would support the claims set out in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date and the application shall be filed on or before August 29, 2025. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
      FOR THE COURT